**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>LOPEZ-CANO, HERMAN | CRIMINAL COMPLAINT<br>CASE: 10-31703MP<br>Citizenship: GUATEMALA |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about July 11, 2010, at or near Sasabe, Arizona, in the District of Arizona, Herman LOPEZ-Cano, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Herman LOPEZ-Cano, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Herman LOPEZ-Cano admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on July 11, 2010, at or near Sasabe, Arizona.

| | |
|---|---|
| 07/19/2010<br>File Date | at Tucson, Arizona |

                                                   Signature of Complainant

Sworn to before me and subscribed in my presence,

| | |
|---|---|
| Honorable Hector Estrada<br>United States Magistrate Judge | |

                                                   Signature of Judicial Officer

FBI Number: 324691JD6

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>LOPEZ-CANO, HERMAN | CRIMINAL COMPLAINT<br>CASE: 10-31703MP |

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, LOPEZ-CANO, HERMAN , was represented by counsel, Adrian Hall (CJA).

The defendant pled guilty to the complaint on 07/19/2010. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 07/18/2010 |

As pronounced on 07/19/2010, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, July 19, 2010.

Honorable Hector Estrada
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 324691JD6

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | MAGISTRATE JUDGE'S MINUTES |

Date: 07/19/2010          Case Number: 10-31703MP

USA vs. **HERMAN LOPEZ-CANO**

U.S. MAGISTRATE JUDGE: HECTOR ESTRADA     Judge AO Code: 70BQ
ASSIGNED U.S. Attorney: Christopher Lewis     INTERPRETER REQ'D: Juan Carlos Cordova
Attorney for Defendant: Adrian Hall (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense    [X] Date of Arrest:    **07/18/2010**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of     **TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:     Adrian Hall (CJA) is appointed as attorney of record for defendant.


|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Selina Bostwick | Sent: 0 |
| Deputy Clerk | IA: 0 |